UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-14027-Cr-ROSENBERG

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WYMAN PITTMAN,

    Defendant.
_____/



FILED by _____ D.C.

JUL 27 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## REPORT AND RECOMMENDATION ON DEFENDANT'S ATTORNEY JEFFREY H. GARLAND'S CJA VOUCHER

THIS CAUSE is before the Court on the Order [DE 100] referring attorney JEFFREY H. GARLAND' CJA voucher for $13,602.30 for legal work, which is above the $9,900 statutory maximum. The attorney requests authorization to have the statutory maximum waived pursuant to 18 U.S.C. Section 3006A(d)(3) for extended or complex cases.

A request for funding of expenses beyond the proscribed limits requires that the Defendant make a strong showing of necessity. *See United States v. Gonzalez*, 810 F.2d 1538, 1545 n.16 (11th Cir. 1987); *United States v. Davis*, 582 F.2d 947, 941-52 (5th Cir.), *cert. denied*, 441 U.S. 962, 99 S.Ct. 2408, 60 L.Ed.2d 1067 (1979).

This Court has reviewed the attached letter in support of the voucher, the voucher itself, and the record in this case. The Defendant was the sole defendant charged in an Indictment on 5/23/13 with 5 counts of aiding in the filing of false income tax returns. He had his initial appearance on 10/28/14. No substantive motions were filed prior to the defendant pleading guilty on 12/19/14. The Defendant filed a 2 page motion for a downward departure citing his medical

condition but no cases supporting why a medical condition warrants a downward departure. (DE 43). The motion was denied and Defendant was sentenced at the low end of his 24-30 month guidelines range. This Court has reviewed the other reasons why counsel feels that legal fees above the CJA cap of $9,900 were necessary in this case and finds them unpersuasive. The proceedings were not extended nor complex.

This Court **RECOMMENDS** that the District Court only approve compensation in the amount of $9,900, the amount of the CJA cap.

**DONE and SUBMITTED** this July 24, 2015, at West Palm Beach, Florida.

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE


Copies to:
Hon. Robin L. Rosenberg
Clerk of Court
Attorney JEFFREY H. GARLAND